# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00261-CV

**Reynaldo Perez, Sr., Appellant**

**v.**

**Brenda S. Perez, Appellee**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-1095-F425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Reynaldo Perez, Sr., filed a notice of appeal on June 8, 2021, stating that he seeks to appeal a divorce decree signed by the trial court on May 24, 2021. The clerk's record, which was filed in this Court on June 18, 2021, does not contain a signed final divorce decree or other final order, and we have confirmed with the trial-court clerk that no final decree has been signed. On July 6, 2021, this Court sent a letter to Mr. Perez asking him to explain how this Court may exercise jurisdiction over this appeal and warning that the failure to file a response before July 16, 2021, could result in the appeal being dismissed. To date, no response has been filed.

This Court's jurisdiction is limited to appeals in which there exists a final judgment or other appealable order that has been signed by a judge. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that "the general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment"). There is no

signed order or judgment in this case.  Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), (c).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Jurisdiction

Filed:   August 6, 2021